| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hardiman, Thomas M. | 2. Court or Organization U. S. Court of Appeals | 3. Date of Report 05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Adjunct Law Professor (pro bono) | Duquesne Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The First City Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Chicago | Feb. 25-26, 2015 | Chicago, IL | Lecture | Transportation, hotel |
| 2. | The Federalist Society | February 26-28, 2015 | South Bend, IN | Lecture | Transportation, hotel |
| 3. | The Federalist Society | November 23-24, 2015 | New Haven, CT | Lecture | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | K | T | | | | | |
| 2. PNC Money Market Acct. | A | Interest | N | T | | | | | |
| 3. Vanguard Prmpcp Mut. Fund (MF) | C | Dividend | L | T | Buy (add'l) | 04/08/15 | J | | |
| 4. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 5. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 6. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 7. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 8. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 9. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 10. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 11. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 12. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 13. Wells Fargo MM | A | Interest | N | T | | | | | |
| 14. Altisource Portfolio Solutions CS | | None | | | | | | | |
| 15. Alphabet Inc. Class A -- Formerly Google | | None | L | T | | | | | |
| 16. Alphabet Inc. Class C -- Formerly Google | | None | L | T | | | | | |
| 17. AIG Group | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple | A | Dividend | K | T | Sold (part) | 03/10/15 | K | D | |
| 19. | | | | | Sold (part) | 10/22/15 | J | C | |
| 20. AT&T -- Formerly Direct TV | | None | | | Sold (part) | 07/27/15 | J | A | |
| 21. | | | | | Sold | 08/18/15 | K | E | |
| 22. Bank New York Mellon CS | A | Dividend | K | T | | | | | |
| 23. Berkshire Hathaway | | None | L | T | | | | | |
| 24. Chemtura | | None | | | Sold (part) | 02/06/15 | K | D | |
| 25. | | | | | Sold (part) | 09/28/15 | K | D | |
| 26. | | | | | Sold (part) | 10/06/15 | K | D | |
| 27. | | | | | Buy (add'l) | 10/07/15 | K | | |
| 28. | | | | | Sold | 10/07/15 | K | D | |
| 29. Citigroup | A | Dividend | L | T | | | | | |
| 30. Continental Building Products | | None | L | T | Buy (add'l) | 01/20/15 | J | | |
| 31. Cooper Standard | | None | L | T | Buy | 03/25/15 | K | | |
| 32. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 33. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 34. | | | | | Buy (add'l) | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 36. Cott Corporation | | None | K | T | Buy | 06/19/15 | K | | |
| 37. Direct TV CS -- Now AT&T | | None | | | Sold | 07/27/15 | K | E | |
| 38. Dish Network CS | | None | L | T | | | | | |
| 39. Ebay CS | | None | | | Sold | 01/23/15 | K | E | |
| 40. DSW Class A | A | Dividend | K | T | Buy | 10/14/15 | K | | |
| 41. | | | | | Sold (part) | 11/25/15 | J | A | |
| 42. Express Scripts | | None | L | T | | | | | |
| 43. General Motors | C | Dividend | L | T | Buy (add'l) | 05/01/15 | K | | |
| 44. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 45. Goldman Sachs | A | Dividend | K | T | | | | | |
| 46. Google -- Now Alphabet | | None | L | T | | | | | |
| 47. Google Class C Nonvoting -- Now Alphabet | | None | L | T | | | | | |
| 48. Google Class A Voting -- Now Alphabet | | None | L | T | | | | | |
| 49. JP Morgan Chase CS | C | Dividend | M | T | | | | | |
| 50. Kinross Gold_lorp | | None | J | T | | | | | |
| 51. Koppers Holdings | | None | | | Buy | 03/05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/17/15 | K | A | |
| 53. | | | | | Sold | 12/29/15 | K | B | |
| 54. Market Vectors Gold | A | Dividend | K | T | | | | | |
| 55. Newscorp CLA | | None | | | Sold | 05/22/15 | J | D | |
| 56. Newscorp CLB | | None | | | Sold | 05/14/15 | K | A | |
| 57. Netscout | | None | K | T | Buy | 08/06/15 | K | | |
| 58. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 59. Packaging Co. of America | B | Dividend | K | T | Buy | 05/06/15 | K | | |
| 60. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 61. Pacific Drilling | | None | | | Sold | 12/24/15 | J | A | |
| 62. Range Resources | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 63. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 64. Spirit Airlines | | None | K | T | Buy | 12/29/15 | K | | |
| 65. T. Mobile | | None | L | T | Sold (part) | 05/28/15 | J | C | |
| 66. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 67. | | | | | Sold (part) | 05/29/15 | J | A | |
| 68. Time Warner New | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRW Automotive Holdings | | None | | | Sold (part) | 01/14/15 | K | D | |
| 70. | | | | | Buy (add'l) | 01/15/15 | K | | |
| 71. | | | | | Sold | 01/15/15 | K | D | |
| 72. Tweny-First Century CLA | A | Dividend | L | T | | | | | |
| 73. US Bancorp CS | A | Dividend | K | T | Sold (part) | 11/09/15 | J | D | |
| 74. US Steel New | | None | | | Buy | 02/12/15 | K | | |
| 75. | | | | | Sold | 12/30/15 | J | A | |
| 76. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 77. Wells Fargo MM | A | Interest | J | T | | | | | |
| 78. RBS Capital Funding f/k/a ABN Amro Cap VII | B | Dividend | K | T | | | | | |
| 79. Abington PA School Dist. | B | Interest | K | T | | | | | |
| 80. AmerisourceBergen Corp CS | A | Dividend | J | T | | | | | |
| 81. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |
| 82. Deutsche Bank | B | Interest | | | Redeemed | 04/20/15 | K | A | |
| 83. Duke Energy PF | A | Dividend | K | T | | | | | |
| 84. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 85. Eaton Vance Gr. India MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Guggenheim Credit Allocation Fd | C | Dividend | K | T | | | | | |
| 87. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 88. Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 89. Mount Lebanon PA | B | Interest | K | T | | | | | |
| 90. Octorara PA Area | B | Interest | K | T | | | | | |
| 91. Pennsylvania HSG | A | Interest | K | T | | | | | |
| 92. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |
| 93. University Area Jt. | A | Interest | K | T | | | | | |
| 94. Washington Mutual Invest. MF | B | Dividend | L | T | | | | | |
| 95. Capital World Income MF | A | Dividend | K | T | | | | | |
| 96. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 97. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 98. Lord Abbett Inv. Trust C Class | A | Dividend | J | T | Sold<br>(part) | 06/29/15 | J | A | |
| 99. | | | | | Sold<br>(part) | 07/28/15 | J | A | |
| 100. | | | | | Sold<br>(part) | 08/28/15 | J | A | |
| 101. | | | | | Sold<br>(part) | 09/28/15 | J | A | |
| 102. Lord Abbett Inv. Trust Class A | C | Dividend | L | T | Sold<br>(part) | 06/01/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/29/15 | J | A | |
| 104. | | | | | Sold (part) | 07/28/15 | J | A | |
| 105. | | | | | Sold (part) | 08/28/15 | J | A | |
| 106. | | | | | Sold (part) | 09/28/15 | J | A | |
| 107. | | | | | Sold (part) | 10/28/15 | K | A | |
| 108. | | | | | Sold (part) | 11/30/15 | K | A | |
| 109. | | | | | Sold (part) | 12/28/15 | K | A | |
| 110. Lord Abbett Equity Trust Calibrated Mid Cap | A | Dividend | K | T | Buy | 06/01/15 | K | | |
| 111. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 112. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 113. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 114. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 115. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 116. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 117. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 118. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 119. Lord Abbett Secs Trust Growth Leaders Fund | | None | K | T | Buy | 06/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 121. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 122. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 123. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 124. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 125. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 126. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 127. Flaherty & Crumrin | C | Dividend | L | T | | | | | |
| 128. Chemtura Corp | | None | | | Sold | 04/10/15 | K | D | |
| 129. Citigroup | A | Dividend | | | Sold | 04/10/15 | J | B | |
| 130. Dish Network Class A | | None | J | T | | | | | |
| 131. IAMGOLD Corp | | None | | | Sold | 04/10/15 | J | A | |
| 132. JP Morgan Chase | A | Dividend | | | Sold | 04/10/15 | J | C | |
| 133. Kinross Gold Corp | | None | | | Sold | 04/10/15 | J | A | |
| 134. T Mobile | | None | | | Sold | 04/10/15 | K | C | |
| 135. MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 01/21/15 | J | A | |
| 136. MFS Global Total Rtn Fund Class A | A | Dividend | M | T | Buy (add'l) | 01/21/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  MFS Growth Class A | | None | N | T | Buy (add'l) | 01/21/15 | J | | |
| 138.  MFS Mid Cap Value | A | Dividend | M | T | Buy (add'l) | 01/21/15 | J | | |
| 139.  MFS Municipal Limited Maturity Fund | C | Dividend | N | T | Sold (part) | 01/21/15 | K | A | |
| 140. | | | | | Buy (add'l) | 05/27/15 | N | | |
| 141. | | | | | Sold (part) | 06/29/15 | J | A | |
| 142. | | | | | Sold (part) | 07/27/15 | J | A | |
| 143. | | | | | Sold (part) | 08/27/15 | J | A | |
| 144. | | | | | Sold (part) | 09/28/15 | J | A | |
| 145. | | | | | Sold (part) | 10/27/15 | J | A | |
| 146. | | | | | Sold (part) | 11/27/15 | J | A | |
| 147. | | | | | Sold (part) | 12/28/15 | J | A | |
| 148.  MFS Utilities Fund | C | Dividend | M | T | Buy (add'l) | 05/27/15 | L | | |
| 149. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 150. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 151. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 152. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 153. | | | | | Buy (add'l) | 10/27/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/27/15 | J | | |
| 155. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 156. MFS Global Equity Fund Class A | B | Dividend | M | T | Buy (add'l) | 01/21/15 | J | | |
| 157. MFS International Growth Fund | B | Dividend | M | T | Buy (add'l) | 01/21/15 | J | | |
| 158. MFS International Value Fund | B | Dividend | M | T | Buy (add'l) | 01/21/15 | J | | |
| 159. Putnam Capital Spectrum | | None | L | T | Buy | 04/30/15 | L | | |
| 160. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 161. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 162. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 163. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 164. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 165. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 166. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 167. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 168. Putnam Equity Spectrum | | None | L | T | Buy | 04/30/15 | L | | |
| 169. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 170. | | | | | Buy (add'l) | 06/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 172. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 173. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 174. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 175. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 176. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 177. 401(k) ACCOUNT #1A | | | | | | | | | |
| 178. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 179. Lg. Value Growth (T. Rowe Price) | A | Dividend | K | T | | | | | |
| 180. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | K | T | | | | | |
| 181. International Value II (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 182. International Growth (Jamns Overseas)-- Transfer to Invesco Intl Growth | A | Dividend | J | T | | | | | |
| 183. Invesco International Growth | A | Dividend | J | T | | | | | |
| 184. 401(k) ACCOUNT #2 | | | | | | | | | |
| 185. Merrill Lynch | A | Interest | J | T | | | | | |
| 186. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 187. Century Link | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Citigroup CS | A | Dividend | J | T | | | | | |
| 189. General Electric CS | A | Dividend | J | T | | | | | |
| 190. Nektar Therapeutics CS | | None | J | T | | | | | |
| 191. Sirius CS | | None | K | T | | | | | |
| 192. TRUST #1 | | | | | | | | | |
| 193. Wells Fargo Account | A | Interest | K | T | | | | | |
| 194. AMCAP MF | | None | M | T | | | | | |
| 195. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 196. Europacific Growth MF | B | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 197. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 198. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 199. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 200. Fundamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 04/13/15 | J | | |
| 201. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 202. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 203. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 204. Growth Fund of America MF | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 206. New Perspective MF | A | Dividend | M | T | | | | | |
| 207. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 208. TRUST #2 | | | | | | | | | |
| 209. Wells Fargo Account | A | Interest | K | T | | | | | |
| 210. AMCAP MF | | None | L | T | Buy (add'l) | 04/13/15 | J | | |
| 211. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 212. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 213. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 214. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 215. Europacific Growth MF | B | Dividend | L | T | | | | | |
| 216. Fundamental Inv. MF | A | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 217. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 218. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 219. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 220. Growth Fund of America MF | A | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 221. | | | | | Buy (add'l) | 05/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 223. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 224. Investment Co. of America MF | A | Dividend | L | T | | | | | |
| 225. New Perspective MF | A | Dividend | L | T | | | | | |
| 226. Washington Mutual Inv. MF | A | Dividend | L | T | | | | | |
| 227. TRUST #3 | | | | | | | | | |
| 228. Wells Fargo Account | A | Interest | L | T | | | | | |
| 229. AMCAP MF | | None | L | T | Buy (add'l) | 04/13/15 | J | | |
| 230. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 231. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 232. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 233. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 234. Europacific Growth MF | A | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 235. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 236. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 237. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 238. Fundamental Inv. MF | A | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 240. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 241. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 242. Growth Fund of America MF | A | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 243. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 244. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 245. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 246. Investment Co. of America MF | A | Dividend | L | T | | | | | |
| 247. New Perspective MF | A | Dividend | L | T | | | | | |
| 248. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 249. TRUST #4 | | | | | | | | | |
| 250. Wells Fargo Account | A | Interest | J | T | | | | | |
| 251. AMCAP MF | | None | M | T | | | | | |
| 252. Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 253. Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 254. Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 255. Lord Abbet Inv. Trust | A | Dividend | | | Sold | 03/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. New Perspective MF | A | Dividend | M | T | | | | | |
| 257. Washington Mutual Inv. MF | B | Dividend | M | T | Sold (part) | 03/06/15 | J | C | |
| 258. TRUST #5 | | | | | | | | | |
| 259. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 260. AMCAP MF | | None | K | T | | | | | |
| 261. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 262. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 263. Eaton Vance Gr. India MF | B | Dividend | L | T | | | | | |
| 264. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 265. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 266. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 267. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 268. JJ Lorick LLC | | None | P1 | T | | | | | |
| 269. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 270. Alphabet Inc. Class A -- Formerly Google | | None | K | T | | | | | |
| 271. Alphabet Inc. Class C -- Formerly Google | | None | K | T | Sold (part) | 05/04/15 | J | A | |
| 272. AIG Group | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Apple Inc. | A | Dividend | K | T | Sold (part) | 03/10/15 | J | C | |
| 274. | | | | | Sold (part) | 10/22/15 | J | B | |
| 275. AT&T Inc. -- Formerly Direct TV | | None | | | Sold | 08/18/15 | J | D | |
| 276. Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 277. Berkshire Hathaway | | None | K | T | | | | | |
| 278. Chemtura | | None | | | Sold (part) | 02/06/15 | J | B | |
| 279. | | | | | Sold (part) | 07/16/15 | J | B | |
| 280. | | | | | Sold (part) | 09/28/15 | J | B | |
| 281. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 282. | | | | | Sold (part) | 09/29/15 | J | A | |
| 283. | | | | | Sold (part) | 09/30/15 | J | B | |
| 284. | | | | | Sold | 10/06/15 | J | C | |
| 285. Citigroup | A | Dividend | K | T | | | | | |
| 286. Continental Building Products | | None | K | T | Buy (add'l) | 02/11/15 | K | | |
| 287. Cooper-Standard | | None | K | T | Buy (add'l) | 03/25/15 | J | | |
| 288. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 289. | | | | | Buy (add'l) | 09/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 291. Cott | A | Dividend | K | T | Buy | 06/19/15 | J | | |
| 292. Direct TV CS --Merged with AT&T 7/7/15 | | None | | | Sold | 07/27/15 | J | D | |
| 293. Dish Network CS | | None | K | T | | | | | |
| 294. DSW | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 295. | | | | | Sold (part) | 11/25/15 | J | A | |
| 296. Ebay CS | | None | | | Sold | 01/23/15 | J | D | |
| 297. Express Scripts | | None | K | T | | | | | |
| 298. General Motors | B | Dividend | K | T | Buy (add'l) | 05/01/15 | K | | |
| 299. | | | | | Buy (add'l) | 07/09/15 | K | | |
| 300. Goldman Sachs | A | Dividend | K | T | | | | | |
| 301. Google (Became Alphabet -- see lines 269 & 270) | | | | | | | | | |
| 302. JPMorgan Chase CS | A | Dividend | K | T | | | | | |
| 303. Kinross | | None | J | T | | | | | |
| 304. Market Vectors Gold | A | Dividend | J | T | | | | | |
| 305. Newscorp - CLA | | None | | | Sold | 05/22/15 | J | B | |
| 306. Newscorp - CLB | | None | | | Sold | 05/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Netscout | | None | J | T | Buy | 08/06/15 | J | | |
| 308. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 309. Pacific Drilling | | None | | | Sold | 12/24/15 | J | A | |
| 310. Packaging Corp. | A | Dividend | K | T | Buy | 05/06/15 | J | | |
| 311. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 312. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 313. Range Resources | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 314. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 315. Kinross Gold Corp | | None | J | T | | | | | |
| 316. Koppers Holdings Inc | | None | | | Buy | 03/05/15 | J | | |
| 317. | | | | | Sold (part) | 11/17/15 | J | B | |
| 318. | | | | | Sold | 12/29/15 | J | A | |
| 319. Spirit Airlines | | None | J | T | Buy | 12/29/15 | J | | |
| 320. T Mobile | | None | K | T | Sold (part) | 09/22/15 | J | C | |
| 321. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 322. TRW Automotive Holdings | | None | | | Sold | 01/14/15 | J | D | |
| 323. Twenty First Century Fox | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. US Bancorp CS | A | Dividend | J | T | Sold (part) | 11/09/15 | J | C | |
| 325. United States Steel | | None | J | T | Buy | 02/04/15 | J | | |
| 326. | | | | | Sold (part) | 12/30/15 | J | A | |
| 327. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 328. West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |
| 329. Bensalem Realty Assoc. | G | Distribution | | | Sold | 06/30/15 | O | G | |
| 330. FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 331. First City GA Partners | F | Distribution | | | Sold | 05/15/15 | O | G | |
| 332. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 333. WELLS FARGO ACCOUNT: REVOCABLE TRUST | | | | | | | | | |
| 334. AMCAP MF | | None | L | T | Buy | 06/03/15 | K | | |
| 335. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 336. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 337. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 338. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 339. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 340. | | | | | Buy (add'l) | 12/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Capital World Growth & Income Fd | B | Dividend | L | T | Buy | 06/03/15 | K | | |
| 342. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 343. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 344. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 345. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 346. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 347. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 348. Fudamental Inv. MF | A | Dividend | L | T | Buy | 06/03/15 | K | | |
| 349. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 350. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 351. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 352. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 353. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 354. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 355. Growth Fund America | A | Dividend | L | T | Buy | 06/03/15 | K | | |
| 356. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 357. | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 359. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 360. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 361. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 362. Lord Abbett Invt Tr | E | Dividend | O | T | Buy | 07/31/15 | O | | |
| 363. New Perspective Fd | A | Dividend | L | T | Buy | 06/03/15 | K | | |
| 364. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 365. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 366. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 367. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 368. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 369. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 370. Smallcap World | | None | L | T | Buy | 06/03/15 | K | | |
| 371. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 372. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 373. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 374. | | | | | Buy (add'l) | 10/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 376. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 377. Short Term Bd Fd Amer | C | Dividend | O | T | Buy | 06/03/15 | N | | |
| 378. | | | | | Sold (part) | 07/06/15 | K | A | |
| 379. | | | | | Buy (add'l) | 07/31/15 | N | | |
| 380. | | | | | Sold (part) | 08/03/15 | K | A | |
| 381. | | | | | Sold (part) | 09/03/15 | K | A | |
| 382. | | | | | Sold (part) | 10/05/15 | K | A | |
| 383. | | | | | Sold (part) | 11/03/15 | K | A | |
| 384. | | | | | Sold (part) | 12/03/15 | K | A | |
| 385. Wash Mut Invs Fd | B | Dividend | L | T | Buy | 06/03/15 | K | | |
| 386. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 387. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 388. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 389. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 390. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 391. | | | | | Buy (add'l) | 12/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE: The asset Altisource Portfolio Solutions CS listed in Line 14 was sold on December 22, 2014, and was inadvertently left off of my 2014 Financial Disclosure Report. The Gain Code was A. Please accept this amendment to also amend my 2014 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544